FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE L.,<br><br>　　　　v.<br><br>ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:20-CV-3081-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

　　**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 22. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8. After considering the file and proposed order, **IT IS ORDERED:**

　　1.　　The parties' Stipulated Motion for Remand, **ECF No. 22**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

　　On remand, the Appeals Council will first determine the appropriate administrative action to be taken — whether a favorable decision can be issued based on the evidence of record or whether further development of the record and a new Administrative Law Judge (ALJ) decision is necessary.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

If the Appeals Council determines that a decision cannot be issued based on the evidence of record, the Appeals Council will remand the case to an ALJ in order to: (1) offer Plaintiff the opportunity for a hearing; (2) obtain medical expert evidence regarding the established onset date (Social Security Ruling 18-1p) and to assist in evaluating Listing 11.02 for the full period at issue; (3) further consider the medical opinion evidence pursuant to 20 §§ C.F.R. 404.1527 and 416.927, including the opinions of Dr. Reinmuth, Dr. Genest, Mr. Chet, and Dr. Rodenberger/Mr. Moen; (4) proceed through the sequential evaluation process as necessary; and (5) issue a new decision.

    2.    **Judgment shall be entered for PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 18**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 14, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2